AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Halfenger, Gerald M. | 2. Court or Organization  U.S. Bankruptcy Court, E.D. Wisconsin | 3. Date of Report  06/29/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014  to  12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse & Federal Building
Room 140
517 East Wisconsin Avenue
Milwaukee, WI 53217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | First Vice President & President | Seventh Circuit Bar Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/29/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Whitefish Bay School District, wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/08/14 - 10/11/14 | Chicago, IL | continuing legal education, Conference business meeting | lodging, food |
| 2. | State Bar of Wisconsin, Bankruptcy, Insolvency, and Creditors' Rights Section | 2/26/14 - 2/28/14 | Kohler, WI | continuing legal eduction sessions, annual section dinner | lodging, food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allianz NFJ Large Cap Value | A | Dividend | L | T | Sold (part) | 04/08/14 | J | A | |
| 2. Blackrock Equity Dividend | A | Dividend | L | T | Sold (part) | 04/08/14 | J | A | |
| 3. Delaware Select Growth | | None | M | T | Sold (part) | 04/08/14 | J | A | |
| 4. Dodge & Cox Intl Stock | A | Dividend | L | T | Sold (part) | 04/08/14 | J | A | |
| 5. DWS Managed Municipal Bonds | | None | | | Sold | 01/23/14 | K | A | |
| 6. Eaton Vance Tax Managed Value | | None | | | Sold | 01/23/14 | J | A | |
| 7. Franklin Fed Int-Term T/F Inc | | None | L | T | Sold (part) | 04/08/14 | J | A | |
| 8. Fundamental Investors | A | Dividend | L | T | Sold (part) | 04/08/14 | J | A | |
| 9. | | | | | Sold (part) | 11/17/14 | J | A | |
| 10. Harbor Capital Appreciation | A | Dividend | K | T | Sold (part) | 04/08/14 | J | A | |
| 11. | | | | | Sold (part) | 11/17/14 | J | A | |
| 12. | | | | | Sold (part) | 08/18/14 | J | A | |
| 13. Hotchkis & Wiley Mid Cap Val | A | Dividend | K | T | Sold (part) | 10/24/14 | K | A | |
| 14. | | | | | Sold (part) | 04/08/14 | J | A | |
| 15. | | | | | Sold (part) | 10/24/14 | J | A | |
| 16. | | | | | Sold (part) | 11/17/14 | J | A | |
| 17. Invesco International Growth | A | Dividend | L | T | Buy | 02/11/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 19. | | | | | Sold (part) | 04/08/14 | J | A | |
| 20. | | | | | Buy | 02/11/14 | J | | |
| 21. Invesco Comstock Fd Cl Y | A | Dividend | K | T | Sold (part) | 04/08/14 | J | A | |
| 22. | | | | | Sold (part) | 02/11/14 | J | A | |
| 23. | | | | | Sold (part) | 11/17/14 | J | A | |
| 24. Manning & Napier World Opp | A | Dividend | J | T | Sold (part) | 04/08/14 | J | A | |
| 25. MFS Municipal Lim Maturity | A | Dividend | K | T | Sold (part) | 04/08/14 | J | A | |
| 26. (Franklin)Mutual Global Discovery Cl Z | A | Dividend | L | T | Sold (part) | 04/08/14 | J | A | |
| 27. Neuberger Berman Mid Cap Gr | A | Dividend | L | T | Sold (part) | 04/08/14 | J | A | |
| 28. Pioneer Oak Ridge Sm Cap Gr | A | Dividend | K | T | Sold (part) | 04/08/14 | J | A | |
| 29. T Rowe Price Summit Muni Inc Fd | | None | J | T | Buy | 01/23/14 | K | | |
| 30. | | | | | Sold (part) | 04/08/14 | J | A | |
| 31. T Rowe Price Tax-Ex Mon Mkt | A | Int./Div. | K | T | | | | | |
| 32. Thornburg Ltd term muni fund | | None | K | T | Buy | 01/23/14 | J | | |
| 33. | | | | | Buy (add'l) | 01/23/14 | J | | |
| 34. | | | | | Sold (part) | 04/08/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Fund Tax Exempt Bond | A | Int./Div. | K | T | Sold (part) | 04/08/14 | J | A | |
| 36. | | | | | Sold (part) | 01/23/14 | J | A | |
| 37. Columbia Acorn International | A | Dividend | L | T | Sold (part) | 04/08/14 | J | A | |
| 38. Eaton Vance Atlanta Cap SMID 1 | A | Dividend | K | T | Sold (part) | 04/08/14 | J | A | |
| 39. Guggenheim Mid Cap Value Fund 1 | A | Dividend | | | Sold (part) | 04/08/14 | J | A | |
| 40. | | | | | Sold | 10/24/14 | J | A | |
| 41. MFS Growth Fund Cl 1 | A | Dividend | K | T | Sold (part) | 04/08/14 | J | A | |
| 42. Primecap Odyssey stock fund | A | Dividend | J | T | Buy | 10/24/14 | J | | |
| 43. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 44. | | | | | Sold (part) | 11/17/14 | J | A | |
| 45. American Balanced Fd Cl A-529 | A | Dividend | K | T | | | | | |
| 46. Capital Income Builder Fd A-529 | A | Dividend | L | T | | | | | |
| 47. New Perspective Fund Cl A-529 | A | Dividend | J | T | | | | | |
| 48. Washington Mutual Investment Cl A-529 | A | Dividend | J | T | | | | | |
| 49. JP Morgan Fed Money | A | Dividend | K | T | Buy (add'l) | 11/17/14 | K | | |
| 50. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 51. Alger Small/mid cap growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Munder Mid Cap Core Growth(Victory Mund Mid Cap core gr y) | A | Dividend | K | T | Sold (part) | 11/17/14 | J | A | |
| 53. Ranier mid cap equity | A | Dividend | J | T | Sold (part) | 11/17/14 | J | | |
| 54. columbia small cap value ii | A | Dividend | M | T | Sold (part) | 10/24/14 | J | A | |
| 55. | | | | | Sold (part) | 10/24/14 | J | A | |
| 56. | | | | | Sold (part) | 11/17/14 | J | A | |
| 57. Delaware US growth | A | Dividend | L | T | Sold (part) | 11/17/14 | J | A | |
| 58. T Rowe Price Instl Lrge Cp Gr | A | Dividend | J | T | Sold (part) | 11/17/14 | J | A | |
| 59. Dodge & Cox Stock | A | Dividend | M | T | Sold (part) | 04/08/14 | J | A | |
| 60. | | | | | Buy (add'l) | 01/23/14 | J | | |
| 61. | | | | | Sold (part) | 11/17/14 | J | A | |
| 62. MFS Value | A | Dividend | J | T | Sold (part) | 11/17/14 | J | A | |
| 63. Artisan Intl Value | A | Dividend | L | T | | | | | |
| 64. Euro Pacific Growth Fund Cl F1 | A | Dividend | K | T | Buy (add'l) | 11/17/14 | J | | |
| 65. (Franklin) Mutual Global Discovery Cl Z | A | Dividend | L | T | | | | | |
| 66. Oppenheimer Intl Growth | A | Dividend | K | T | Buy | 11/17/14 | J | | |
| 67. T. Rowe Price Intl Discovery | A | Dividend | K | T | | | | | |
| 68. Dodge & Cox Income | A | Dividend | K | T | Buy (add'l) | 08/18/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/17/14 | J | | |
| 70. JP Morgan Core Bond | A | Dividend | K | T | Buy (add'l) | 11/17/14 | J | | |
| 71. Loomis Sayles Inv Grade Bd | A | Dividend | J | T | Buy (add'l) | 11/17/14 | J | | |
| 72. SmallCap World Fund Cl A | A | Dividend | K | T | | | | | |
| 73. Invesco Growth & Income Fund A | | None | | | Sold | 02/11/14 | K | A | |
| 74. Nike | A | Dividend | K | T | | | | | |
| 75. EdVest Wells Fargo Moderate Portfolio | A | Dividend | J | T | | | | | |
| 76. Walt Disney | A | Dividend | J | T | Sold (part) | 12/22/14 | J | A | |
| 77. Putnam Multi-Cap Growth Fund-A | | None | J | T | | | | | |
| 78. Northwestern Mutual Whole Life Ins. | | None | L | T | | | | | |
| 79. Oppenheimer Champion Income Fund A | A | Dividend | J | T | | | | | |
| 80. PIMCO High Yield Instl | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Line 53. Munder Mid Cap Core Growth changed its name to Victory Mund Mid Cap Core Growth Y (as of 10/31/14).
 Line 80. PIMCO High Yield Instl. This was part of the Foley & Lardner Defined Contribution Retirement Plan that I instructed Schwab in 2013 to liquidate completely to be rolled over into another retirement account.As a result of an interest payment that was not credited until after Schwab issued the rollover check, Schwab liquidated all assets in the plan account other than approximately $100 of PIMCO High Yield Instl fund, which was worth $101.55 on December 31, 2014. I overlooked this in filing the annual report and the amended annual report for the year ending December 31, 2013. I have filed an additional amendment to the 2013 report to correct the oversight.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald M. Halfenger**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544